IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:05-CR-00004-M-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIAM A. MUWWAKKIL,

      Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion for Dismissal of Restitution Balance [DE 742]. Defendant asks the court to relieve him of his obligation to pay his restitution balance on the grounds that he is 84 years old and is "facing significant financial hardship." *Id.* at 1. For the following reasons, the motion is denied.

On November 4, 2005, Defendant pled guilty pursuant to a written plea agreement to conspiring to commit wire fraud and bank fraud and to make false sworn statements, in violation of 18 U.S.C. § 371. DE 169 at 1. As part of the agreement, Defendant agreed "[t]o make restitution to any victim in whatever amount the Court may order, pursuant to 18 U.S.C. §§ 3663 and 3663A." *Id.* On March 9, 2006, United States District Judge James C. Fox sentenced Defendant to 60 months of imprisonment. DE 237 at 2. Judge Fox also ordered that Defendant make restitution in the amount of $2,030,237.51. DE 311 at 5. Defendant was released from federal custody on November 13, 2009. *Find an Inmate*, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited May 4, 2025).

The United States opposes the present motion, arguing that the court lacks the authority to remit what was a mandatory restitution order. DE 743 at 3. The court agrees. Under the

Mandatory Victims Restitution Act ("MVRA"), courts must "order restitution to each victim in the full amount of each victim's losses as determined by the court and without consideration of the economic circumstances of the defendant." 18 U.S.C. § 3664(f)(1)(A). As such, district courts "cannot remit a mandatorily imposed restitution order." *United States v. Roper*, 462 F.3d 336, 339 (4th Cir. 2006). Restitution in this case was ordered pursuant to the MVRA. Accordingly, the court lacks the authority to remit it. *See id.* Defendant's motion is DENIED.

SO ORDERED this ____5th____ day of May, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2